AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
FILED

JAN 29 2020

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cristian Evan BERMUDEZ<br>YOB:1995 | ) ) ) ) ) ) | Case No. M-20-0253-M |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 17, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Title 751 (a) | Knowingly escape from federal custody, that is, GEO Mid-Valley Halfway House Edinburg, Texas, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the United States District Court for the Southern District of Texas in case number 5:17CR00808-001 for the conviction of the felony offense of Transportation of Undocumented Aliens, in violation of Title 8 U.S.C. Sections 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II), and (a)(1)(B)(ii). |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

approved by M. Alexis Garcia M 1/29/20

_____
Complainant's signature

Mayra Buban/ Deputy U.S. Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/29/2020

City and state:  McAllen, TX

_____
Judge's signature

_____
Printed name and title

Attachment "A"

On October 3, 2017 United States Border Patrol Agents arrested Cristian Evan BERMUDEZ for smuggling undocumented aliens into the United States illegally.

On December 4, 2017 BERMUDEZ plead guilty to the charge of conspiracy to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an undocumented alien who had come to, entered and remained in the United States in violation of law, Title 8 U.S.C. Section 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

On May 11, 2018, in case number 5:17CR00808, BERMUDEZ was sentenced to 30 months to be served in the custody of the United States Bureau of Prisons by United States District Judge Hilda G. Tagle.

On September 9, 2019, BERMUDEZ was designated to the GEO Group's Mid-Valley Halfway House (Mid-Valley House) in Edinburg, Texas to finish the remainder of his sentence that was to conclude on November 20, 2019. At the time of his required orientation, BERMUDEZ read and was advised of the rules and policies, which specify that any individual in the custody of the Attorney General of the United States who leaves without permission from the center director of authorized staff representatives shall be deemed an escape from the custody of the Attorney General of the United States. BERMUDEZ acknowledged, initialed and signed the Mid-Valley House Residential Re-Entry Center Policy and Rules Form.

On September 17, 2019, at 7:22 P.M., BERMUDEZ was observed by Mid-Valley House monitor and roving staff walk past the gate that leads to the visitor parking area and run away from the facility. BERMUDEZ did not have authorization from any of the Mid-Valley House staff to leave the institution. BERMUDEZ failed to return to the Mid-Valley House.